M. P. No. 79-103. GREAT AMERICAN NURSING CENTERS INC. *et al. v.* JOHN H. NORBERG. The petition for writ of certiorari is granted. *Higgins, Cavanagh & Cooney, Guido R. Salvadore, Albert R. Romano,* for petitioners. *Dennis J. Roberts II,* Attorney General, *William G. Brody,* Assistant Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for respondent.

C. A. No. 79-60. IN RE: JAMES D., A JUVENILE. The petition for writ of procedendo ad judicum is denied as moot. *William F. Reilly,* Public Defender, *Allegra E. Munson, John E. Farley,* Assistant Public Defenders, for petitioner. *Dennis J. Roberts II,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, *Joseph Florio,* Assistant City Solicitor, for respondent.

APPEAL No. 77-317. ROITMAN & SON, INC. *v.* WILLIAM I. CRAUSMAN. This civil action was instituted by the plaintiff in the Sixth Division District Court to recover from the defendant the sum allegedly due for merchandise sold and delivered plus service charges levied after the account allegedly became delinquent. The defendant was defaulted and then appealed to the Superior Court where the plaintiff moved for summary judgment. The defendant, who appeared pro se, responded in an unsworn document denominated affidavit. In that document he defended against the motion asserting that the debt was a corporation's, not his, and that "a counterclaim of merit does exist." The trial justice termed the affidavit "insufficient in law [and] content," and on June 28, 1977, granted plaintiff's motion for summary judgment. The defendant then moved to vacate the judgment alleging, in substance, that his failure to submit a sworn affidavit was attributable to his not being an attorney and therefore constituted excusable neglect. Accompanying the motion to vacate was a sworn affidavit in which the defendant repeated the assertions contained in his earlier response to the plaintiff's motion. The defendant's motion to vacate was denied and he then appealed, not from the denial to vacate, but from the initial order of June 28, 1977, granting plaintiff's motion for summary judgment.